UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

QSL CORPORATION and )
CKQ DESIGNS, INC., )
 )
   Plaintiffs, )
 ) 05 11537 RCL
   v. ) Civil Action No.
 )
DON MECHANIC ENTERPRISES, LTD., )
 )
   Defendant. )

### PLAINTIFFS' CORPORATE DISCLOSURE

Plaintiffs QSL CORPORATION and CKQ DESIGNS, INC. make the following corporate disclosure: they have no parent companies and no publicly held corporations own ten percent or more of their stock.

                  QSL CORPORATION and
                  CKQ DESIGNS, INC.

                  /s/ John L. Welch

                  John L. Welch, BBO No. 522,040
                  Ian J. McLoughlin, BBO No. 647,203
                  FOLEY HOAG LLP
                  155 Seaport Boulevard
                  Boston, MA  02210
                  617/832-1000

Dated: July 20, 2005