UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| QSL CORPORATION, and CKQ DESIGNS, INC.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DON MECHANIC ENTERPRISES, LTD.,<br><br>　　　　Defendant. | CIVIL ACTION No. 05-11537-RCL |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs QSL CORPORATION d/b/a WAXCESSORIES and CKQ DESIGNS, INC., by its undersigned attorneys, hereby give notice of the dismissal without prejudice of the above-captioned action.

　　　　　　　　　　　　　　　QSL CORPORATION and
　　　　　　　　　　　　　　　CKQ DESIGNS, INC.,


　　　　　　　　　　　　　　　 /S/ Ian J. McLoughlin
　　　　　　　　　　　　　　　John L. Welch, BBO No. 522,040
　　　　　　　　　　　　　　　Ian J. McLoughlin, BBO No. 647,203
　　　　　　　　　　　　　　　FOLEY HOAG LLP
　　　　　　　　　　　　　　　155 Seaport Boulevard
　　　　　　　　　　　　　　　Boston, MA  02210
　　　　　　　　　　　　　　　617/832-1000

Dated: August 8, 2005